## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KELLEY SCHWARTZ,<br><br>　　　　　Defendant. | NO. CR14-135RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THE COURT has considered the stipulated motion of the parties for a continuance of the trial date. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date until the new trial date of August 18, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to August 18, 2014.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1
(*Kelly Schwartz;* CR14-135RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

DONE this 4 day of June 2014.

					_____
					RICARDO S. MARTINEZ
					UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Paula Semmes Deustch*
Assistant Federal Public Defender
Attorney for Kelly Schwartz

s/ *Steven Masada*
Assistant United States Attorney
*Per electronic authorization*

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 2
(*Kelly Schwartz;* CR14-135RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**