Hon. Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLY SCHWARTZ,

Defendant.

NO. CR14-135RSM

**ORDER CONTINUING TRIAL DATE
AND DEADLINE TO FILE
PRETRIAL MOTIONS**

THE COURT, having considered the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1.      The facts and circumstances are as set forth in the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions;

2.      Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3.      Failure to grant a continuance would likely result in a miscarriage of justice;

Order re: *Stipulated* Motion for Continuance/SCHWARTZ. - 1
No. CR14-135RSM

1    4.    The ends of justice served by granting this continuance outweigh the best

2    interest of the public and the defendants in a speedy trial;

3    5.    All these findings are made within the meaning of 18 U.S.C.

4    § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

5    6.    The period of time from the filing date of the *Stipulated* Motion to

6    Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set

7    forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C.

8    § 3161(h)(7)(A).

9    IT IS THEREFORE ORDERED that:

10    1.    The trial date in this matter is continued to November 17, 2014.

11    2.    Pre-trial motions are due no later than October 2, 2014.

12    3.    The defendant shall immediately file with the Court a waiver of her rights

13    under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial

14    date, consistent with this Order.

15    DONE this 8 day of July 2014.

16

17

18    RICARDO S. MARTINEZ
      UNITED STATES DISTRICT JUDGE

19

20

21    Presented By:

22

23    *s/ Steven T. Masada*
      STEVEN T. MASADA

24    Assistant United States Attorney

25

26

27

28

Order re: *Stipulated* Motion for Continuance/SCHWARTZ. - 2
No. CR14-135RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970